IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC.,

    Plaintiff,

v.

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

No. C 07-00385 JSW

**ORDER RESOLVING
DISCOVERY DISPUTE**

    The Court has received the parties' joint letter brief outlining their discovery dispute regarding Adobe Systems Inc. ("Adone")'s discovery of "interpretive and drafting history" documents of St. Paul Fire & Marine Insurance Company ("St. Paul") regarding language of the insurance policy which is or may be at issue in this action. Having reviewed the parties' positions, the Court has determined that a hearing on this dispute is unnecessary.

    Although the Court makes no finding about their admissibility, the Court is persuaded that the requested documents are discoverable. Therefore, the disputed documents shall be produced forthwith, and, in any event, no later than August 8, 2007.

**IT IS SO ORDERED.**

Dated: July 30, 2007

                                                           _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE