MARTIN H. MYERS (State Bar No. 130218)
RAYMOND H. SHEEN (State Bar No. 194598)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

DONALD M. CARLEY (State Bar No. 178889)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, <br><br> Defendant. | Case No. C 07 0385 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEADLINE FOR PRODUCTION OF "INTERPRETIVE AND DRAFTING HISTORY" DOCUMENTS BY ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEADLINE FOR PRODUCTION OF
"INTERPRETIVE AND DRAFTING HISTORY" DOCUMENTS BY ST. PAUL

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") hereby stipulate to a limited extension of the deadline for the date of production specified in the Order Resolving Discovery Dispute (the "Order") entered by the Court on July 30, 2007.

On July 27, 2007, Adobe and St. Paul submitted a joint letter brief to the Court addressing their discovery dispute regarding the production by St. Paul of "interpretive and drafting history" documents. On July 30, 2007, the Court entered an Order that requires St. Paul to produce the documents at issue by no later than August 8, 2007.

St. Paul represents that it is engaged in a diligent, good-faith effort to locate, review and produce all non-privileged documents contemplated by the Court's Order by no later than August 8, 2007, and will produce such documents on a "rolling" basis to Adobe beginning on August 8. However, St. Paul seeks additional time to comply with the Order due to the scope of the anticipated production.

Accordingly, the parties hereby stipulate to an extension of the deadline for the production of documents until **August 13, 2007**.

IT IS SO STIPULATED.

HELLER EHRMAN LLP

Dated: August __, 2007       By:  /s/ *Raymond H. Sheen*
                                  RAYMOND H. SHEEN

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

Dated: August __, 2007       SONNENSCHEIN NATH & ROSENTHAL LLP

                             By:  /s/ *Donald M. Carley*
                                  DONALD M. CARLEY

Attorneys for Defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF DEADLINE FOR PRODUCTION OF "INTERPRETIVE AND DRAFTING HISTORY" DOCUMENTS BY ST. PAUL

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 7, 2007    By: *Jeffrey S. White*

The Honorable Jeffrey S. White
United States District Court Judge
Northern District of California

- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF DEADLINE FOR PRODUCTION OF "INTERPRETIVE AND DRAFTING HISTORY" DOCUMENTS BY ST. PAUL