MARTIN H. MYERS (State Bar No. 130218)
RAYMOND H. SHEEN (State Bar No. 194598)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

DONALD M. CARLEY (State Bar No. 178889)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No. C 07 0385 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR
SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

Pursuant to the Civil Minute Order entered by the Court with respect to the Initial Case Management Conference conducted on May 11, 2007 and Civil Local Rules 7-1(a)(5) and 7-12, Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") met and conferred concerning the briefing schedule for the cross-motions for summary judgment or, alternatively, partial summary judgment the parties intend to file.

The parties have scheduled a private mediation in this matter for August 28, 2007. To allow the parties to prepare and file the opening briefs for their cross-motions before the mediation and the Court to hear the motions soon thereafter if the matter remains unresolved after the mediation, the parties stipulate to the following briefing schedule for the cross-motions and request that the Court adopt the stipulation as follows:

1. Adobe and St. Paul will file and serve their cross-motions for summary judgment or, alternatively, partial summary judgment by no later than **August 21, 2007**.

2. Adobe and St. Paul will file their oppositions/replies to the cross-motions for summary judgment or, alternatively, partial summary judgment by no later than **September 10, 2007**.

3. The cross-motions for summary judgment or, alternatively, partial summary judgment will be heard on **September 28, 2007**, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

HELLER EHRMAN LLP

Dated: August __, 2007    By: /s/ Martin Myers
                              MARTIN H. MYERS

Digitally signed by Martin Myers
DN: cn=Martin Myers, c=US, o=Heller Ehrman LLP, ou=Shareholder, email=marty.myers@hellerehrman.com
Date: 2007.08.16 22:26:16 -07'00'

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

Dated: August 12, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Donald M. Carley
     DONALD M. CARLEY

Attorneys for Defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Dated: August 17, 2007        By: /s/ Jeffrey S. White
     The Honorable Jeffrey S. White
     United States District Court Judge
     Northern District of California

The parties' stipulated scheduled is DENIED. The Court is unavailable on September 28, 2007. In addition, because the parties intend to file cross-motions for summary judgment, the parties are ORDERED to meet and confer to agree upon a briefing schedule whereby:
-- one party files an opening motion for summary judgment due by August 21, 2007
-- the other party files its opposition and cross-motion due by September 7, 2007
-- the reply and opposition to the cross-motion is due by September 21, 2007
-- the reply in support of the cross-motion is due by October 5, 2007
The hearing on the cross-motions for summary judgment shall be October 26, 2007 at 9:00 a.m.