MARTIN H. MYERS (State Bar No. 130218)
RAYMOND H. SHEEN (State Bar No. 194598)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

DONALD M. CARLEY (State Bar No. 178889)
PETER R. SOARES (State Bar No. 206715)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No. C 07 0385 JSW<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

Case 3:07-cv-03853-SI Document 26 Filed 08/20/2007 Page 2 of 3

Pursuant to the Civil Minute Order entered by the Court with respect to the Initial Case Management Conference conducted on May 11, 2007, Civil Local Rules 7-1(a)(5) and 7-12, and this Court's August 17, 2007 Order setting a briefing schedule with respect to the parties' cross-motions for summary judgment, Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") met and conferred concerning the briefing schedule for the cross-motions for summary judgment or, alternatively, partial summary judgment that the parties intend to file.

Following a good faith discussion, the parties respectfully request that the Court permit a slight modification to the Court's August 17 Order. This stipulation is intended to foster an efficient resolution of the legal issues, and to provide coordination with private mediation scheduled by the parties, to facilitate meaningful settlement discussions. The following stipulation maintains the dates in the August 17, 2007 Order, but permits an enlarged brief in support of cross-motion and opposition, in place of a reply on cross-motion.

Subject to the Court's approval, the parties stipulate as follows:

1. St. Paul will file and serve its motion for summary judgment or, alternatively, partial summary judgment by no later than August 21, 2007.

2. Adobe will file and serve its opposition and cross-motion for summary judgment or, alternatively, partial summary judgment by September 7, 2007.

3. St. Paul will file its reply and opposition to the cross-motion by September 21, 2007.

4. **STIPULATED AND PROPOSED CHANGE TO AUGUST 21, 2007 ORDER:** Adobe will waive its reply brief in support of its cross-motion. Adobe, however, shall be permitted to file an oversized opposition and cross-motion, not to exceed 38 pages in length.

5. The hearing on the cross-motions for summary judgment or, alternatively, partial summary judgment shall be October 26, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: August 20, 2007

HELLER EHRMAN LLP

By: /s/ Martin Myers
MARTIN H. MYERS

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

Dated: August 20, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Donald M. Carley
DONALD M. CARLEY

Attorneys for Defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 20, 2007

By: /s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge
Northern District of California

- 2 -
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT