1  MARTIN H. MYERS (State Bar No. 130218)
   RAYMOND H. SHEEN (State Bar No. 194598)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268

5  Attorneys for Plaintiff
   ADOBE SYSTEMS INCORPORATED
6

7  DONALD M. CARLEY (State Bar No. 178889)
   PETER R. SOARES (State Bar No. 206715)
8  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
9  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
10 Facsimile: (415) 882-0300

11 Attorneys for Defendant
   ST. PAUL FIRE AND MARINE
12 INSURANCE COMPANY

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17

18 ADOBE SYSTEMS INCORPORATED,         Case No. C 07 0385 JSW
   a Delaware corporation,
19                                     [~~PROPOSED~~] **ORDER RE**
            Plaintiff,                 **MODIFICATIONS TO ORDER**
20                                     **SCHEDULING TRIAL AND**
       v.                              **PRETRIAL MATTERS**
21

22 ST. PAUL FIRE AND MARINE
   INSURANCE COMPANY,
23 a Minnesota corporation,

24          Defendant.

25

26

27

28

[~~PROPOSED~~] ORDER RE MODIFICATIONS TO ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS

The Court, having reviewed the submissions by Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") with respect to their Joint Administrative Motion to Modify the Court's Order Scheduling Trial and Pretrial Matters, and for good cause, adopts the proposed modifications to the Order, or dates as soon thereafter as is convenient for the Court, as follows:

| EVENT | CURRENT DEADLINE | PROPOSED MODIFICATION |
|---|---|---|
| FRCP 26(a)(2) expert disclosures: | October 5, 2007 | December 3, 2007 |
| FRCP 26(a)(2) rebuttal disclosures | November 2, 2007 | December 21, 2007 |
| Expert discovery cut-off: | December 7, 2007 | January 21, 2008 |
| Non-expert discovery cut-off: | December 7, 2007 | January 21, 2008 |
| Pretrial meet & confer: | January 21, 2008 | ~~March 6, 2008~~ March 31, 2008 |
| Pretrial conference statements: | February 8, 2008 | ~~March 24, 2008~~ April 21, 2008 |
| Pretrial conference: | March 17, 2008 | ~~April 14, 2008~~ May 12, 2008 at 2:00 p.m. |
| Trial: | April 7, 2008 | ~~May 5, 2008 or the next available date on the Court's Schedule~~ June 2, 2008 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: October 10, 2007     By: _____
                                 The Honorable Jeffrey S. White
                                 United States District Court Judge
                                 Northern District of California

27278714

- 1 -
[~~PROPOSED~~] ORDER RE MODIFICATIONS TO ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000