**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC.,

    Plaintiff,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendant.

                                    /

No. C 07-00385 JSW

**ORDER VACATING HEARING DATE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the cross motions for summary judgment which have been noticed for hearing on Friday, October 26, 2007 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: October 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE