1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
2   MARK J. HANCOCK  Bar No. 160662
    One Market Plaza
3   Steuart Tower, 8th Floor
    San Francisco, California 94105
4   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
5
    Attorneys for Defendant
6   ST. PAUL FIRE AND MARINE
    INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  ADOBE SYSTEMS INCORPORATED,          CASE NO. C 07 0385 JSW
    a Delaware corporation,
13                                       SUBSTITUTION OF ATTORNEYS AND
                Plaintiff,               ORDER APPROVING SUBSTITUTION
14
                v.
15
    ST. PAUL FIRE AND MARINE
16  INSURANCE COMPANY, a Minnesota
    Corporation,
17
                Defendant.
18

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21      PLEASE TAKE NOTICE that, pursuant to Civil L.R. 11-5, defendant St. Paul Fire and

22  Marine Insurance Company hereby substitutes Sedgwick, Detert, Moran & Arnold, LLP, located

23

24

25

26

27

28

                                        -1-                    CASE NO. C 07 0385 JSW

1  at One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105, as its attorneys

2  of record in this action, in place of Sonnenschein Nath & Rosenthal, LLP.

3  DATED: November 26, 2007       ST. PAUL FIRE AND MARINE INSURANCE COMPANY

4

5
                                  By: _____
6                                    James C. Zacharski, for
                                      St. Paul Fire and Marine Insurance Company
7

8      We consent to this substitution.

9
   DATED: November 26 2007        SONNENSCHEIN NATH & ROSENTHAL, LLP
10

11

12                                By: _____
                                     Donald M. Carley
13                                   Peter R. Soares

14     We accept this substitution.

15
   DATED: November 26, 2007       SEDGWICK, DETERT, MORAN & ARNOLD LLP
16

17

18                                By: _____
                                     Bruce D. Celebrezze
19                                   Mark J. Hancock

20

21     IT IS SO ORDERED.

22

23
   Dated: November 27, 2007       By: _____
24                                    THE HON. JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28

                                     -2-                    CASE NO. C 07 0385 JSW
                              SUBSTITUTION OF ATTORNEYS