IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC.,

    Plaintiff,

No. C 07-00385 JSW

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendant.

**ORDER GRANTING ST. PAUL'S ADMINISTRATIVE MOTION TO EXTEND EXPERT WITNESS DISCLOSURE**

/

    The Court has received Defendant St. Paul Fire and Marine Insurance Company ("St. Paul")'s administrative motion to extend the expert witness disclosure deadlines and the briefing thereon. This afternoon, the Court held a telephonic hearing to adjudicate the dispute, but was not able to secure a court reporter. Therefore, the Court's rulings are memorialized in this Order.

    The disputed documents regarding the fee invoices for the Underlying Actions shall be produced by Adobe Systems Incorporated on a rolling basis, with the final documents produced no later than December 20, 2007. The parties shall meet and confer and submit a stipulated protective order for this Court's review to protect the production from constituting a waiver of the attorney-client privilege or a waiver of the attorney work product protection. To the extent documents become irrelevant as a result of the Court's ruling on St. Paul's pending motion for clarification, St. Paul should return those documents and the Court will, if necessary, address any issues regarding those documents at the appropriate time.

Both parties' expert reports shall be due no later than January 22, 2008. Both parties' expert rebuttal reports shall be due no later than February 5, 2008. The expert discovery cut-off date is extended to March 21, 2008. In addition, the parties should be mindful of the impending pretrial deadlines outlined in the Court's Standing Order on Guidelines for Trial and Final Pretrial Conference associated with the pretrial conference set for May 12, 2008 at 2:00 p.m. and the trial set for June 2, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  December 4, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE