IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC.,

    Plaintiff,

  v.

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.
_____/

No. C 07-00385 JSW

**ORDER RESOLVING
DISCOVERY DISPUTES**

The Court has received the parties' three joint letter briefs outlining their discovery disputes. Having reviewed the parties' positions, the Court has determined that a hearing on these disputes is unnecessary.

With regard to Defendant St. Paul Fire & Marine Insurance Company ("St. Paul")'s request for an eleventh deposition to depose Mr. Shantanu Narayen, the Court GRANTS the requests. St. Paul may take Mr. Narayen's deposition at the place of Adobe Systems Incorporated ("Adobe")'s choosing, by no later than February 11, 2008 and such deposition shall not exceed two hours in length. With regard to St. Paul's outstanding second set of requests for production of documents, the Court GRANTS the request and requires that Adobe respond in full to the requests by no later than February 11, 2008.

**IT IS SO ORDERED.**

Dated: January 30, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE