IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC.,

    Plaintiff,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendant.

No. C 07-00385 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

The Court has received the parties' two further joint letter briefs outlining their discovery disputes dated January 30, 2008. In light of the number of times the parties have submitted discovery disputes and the parties' apparent inability to agree to cooperate with one another, pursuant to Local Rule 72-1, the Court hereby refers the current outstanding letters and all other discovery disputes in this matter to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 1, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom