SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
MARK J. HANCOCK Bar No. 160662
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendant. | CASE NO. C 07 385 JSW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ST. PAUL'S DEADLINES TO FILE MOTIONS TO COMPEL |

The parties hereto, plaintiff Adobe Systems Incorporated ("Adobe") and defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through their respective counsel of record, hereby stipulate, and request that the Court enter an order thereon, regarding the deadlines for St. Paul to file motions to compel with respect to St. Paul's requests for production of documents, set two (the "Second Document Requests").

WHEREAS, St. Paul served Adobe with the Second Document Requests on December 20, 2007, and Adobe served objections to St. Paul's Second Document Requests on January 22, 2008;

WHEREAS, on January 29, 2008 St. Paul moved to compel Adobe to serve substantive

responses and produce documents in response to St. Paul's Second Document Requests, and on January 30, 2008, the Honorable Jeffrey White granted St. Paul's motion to compel;

WHEREAS, Adobe served amended written responses to St. Paul's Second Document Requests on February 11, 2008, and Adobe estimates that it will produce the documents responsive to the Second Document Requests, if any, within two to three weeks of the date of this stipulation;

WHEREAS, counsel for St. Paul and Adobe disagree as to the adequacy of certain of Adobe's amended written responses to St. Paul's Second Document Requests, and the parties disagree as to whether the January 30, 2008 order required Adobe to produce responsive documents by February 11, 2008, or whether the order only required Adobe to serve written responses by that date;

WHEREAS, Adobe contends that the deadline for St. Paul to file a motion to compel with respect to Adobe's written response to St. Paul's Second Document Requests is February 21, 2008;

WHEREAS, the deadline for St. Paul to file a motion to compel with respect to the timing of Adobe's production of documents in response to St. Paul's Second Document Requests could be construed to be February 21, 2008. Alternatively, St. Paul contends, this would not be the applicable deadline because any motion to compel would be in the nature of a motion to enforce the court's January 30, 2008 order.

WHEREAS, on February 19 and 20, 2008, counsel for St. Paul and Adobe met and conferred, in person, regarding the above-referenced issues, and they expect to continue to meet and confer in an effort to narrow or eliminate their disagreements over these issues. In order to give the parties more time for these meet-and-confer communications, they have agreed to enter into this stipulation.

NOW, THEREFORE, THE PARTIES THROUGH THEIR COUNSEL HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. St. Paul's last day to file a motion to compel under F.R.Civ.Proc. 37 regarding Adobe's written responses to St. Paul's Second Document Requests shall be March 7, 2008;

2. St. Paul's last day to file a motion to compel under F.R.Civ.Proc. 37 regarding the completeness of Adobe's production of documents in response to St. Paul's Second Document Requests shall be the seventh court day following the completion of Adobe's production of documents

responsive to St. Paul's Second Document Requests. Adobe shall give St. Paul written notice of when its production of documents is complete.

**IT IS SO STIPULATED.**

DATED: February 21, 2008        HELLER EHRMAN LLP

By: _____
RAYMOND H. SHEEN

Attorneys for Plaintiff Adobe Systems Inc.

DATED: February 21, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
MARK J. HANCOCK

Attorneys for Defendant St. Paul Fire and Marine Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 28, _____, 2008      _____
Hon. M
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*