SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
MARK J. HANCOCK Bar No. 160662
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendant. | CASE NO. C 07 385 JSW<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING THE TAKING OF THE DEPOSITION OF ADOBE EXPERT RICHARD PEARL AFTER THE EXPERT DISCOVERY CUTOFF DATE |

The parties hereto, plaintiff Adobe Systems Incorporated ("Adobe") and defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through their respective counsel of record, hereby stipulate to, and request that the Court enter an order regarding, the taking of the deposition of one of Adobe's expert witnesses, Richard Pearl, shortly after the expert discovery cut-off.

WHEREAS, the cut-off date for expert discovery is Friday, March 21, 2008;

WHEREAS, St. Paul has issued a subpoena to Mr. Pearl calling for him to appear for oral deposition and to produce documents;

WHEREAS, Adobe has designated Mr. Pearl as an expert to provide, *inter alia*, opinions in

---

1

STIPULATION AND [PROPOSED] ORDER REGARDING THE DEPOSITION OF ADOBE EXPERT RICHARD PEARL   Case No.: C 07-00385 JSW

rebuttal to the opinions of Allan Gabriel, St. Paul's expert witness, and Mr. Gabriel was produced for deposition on March 13, 2008;

WHEREAS, Adobe's counsel has informed St. Paul's counsel that Mr. Pearl is not available to have his deposition taken until Wednesday, March 26, 2008, which is beyond the March 21, 2008 expert discovery cut-off date;

NOW, THEREFORE, THE PARTIES THROUGH THEIR COUNSEL HEREBY STIPULATE AND AGREE AS FOLLOWS:

St. Paul shall be permitted to take the deposition of Richard Pearl after the expert discovery cut-off date in this case.

**IT IS SO STIPULATED.**

DATED: March 17, 2008

HELLER EHRMAN LLP

By: _____
RAYMOND H. SHEEN

Attorneys for Plaintiff Adobe Systems Inc.

DATED: March 17, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
MARK J. HANCOCK

Attorneys for Defendant St. Paul Fire and Marine Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 18, 2008

_____
Hon. Maria-Elena James
United States Magistrate Judge