1 | MARTIN H. MYERS Bar No. 130218
RAYMOND H. SHEEN  Bar No. 194598
2 | HELLER EHRMAN LLP
333 Bush Street
3 | San Francisco, California 94104
Telephone:  (415) 772-6000
4 | Facsimile:  (415) 772-6268

5 | Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED
6 |
SEDGWICK, DETERT, MORAN & ARNOLD LLP
7 | BRUCE D. CELEBREZZE  Bar No. 102181
MARK J. HANCOCK  Bar No. 160662
8 | One Market Plaza
Steuart Tower, 8th Floor
9 | San Francisco, California 94105
Telephone: (415) 781-7900
10 | Facsimile: (415) 781-2635

11 | Attorneys for Defendant
ST. PAUL FIRE AND MARINE
12 | INSURANCE COMPANY

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

17

18 | ADOBE SYSTEMS INCORPORATED,
a Delaware corporation,

CASE NO. C 07 385 JSW

STIPULATION FOR ORDER VACATING
SUMMARY JUDGMENT ORDER;
[PROPOSED] ORDER THEREON

19 | Plaintiff,

20 | v.

21 | ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a Minnesota
22 | Corporation,

23 | Defendant.

24

25

26 | The parties hereto, plaintiff Adobe Systems Incorporated ("Adobe") and defendant St. Paul

27 | Fire and Marine Insurance Company ("St. Paul"), by and through their respective counsel of record,

28 | hereby stipulate to the issuance of an order vacating the summary judgment order in this case, and

STIPULATION FOR ORDER VACATING SUMMARY JUDGMENT ORDER; [PROPOSED] ORDER THEREON          Case No.: C 07-00385 JSW

1    request that the Court issue an order on this stipulation.

2         WHEREAS, on March 19, 2008, the parties participated in a mediation before the Honorable

3    Edward A. Panelli, Retired Justice of the California Supreme Court;

4         WHEREAS, after lengthy negotiations, the parties agreed on the terms of a settlement which

5    will be documented separately;

6         WHEREAS, as part of the consideration for the settlement, and in view of St. Paul's motion

7    for reconsideration currently pending and the anticipation of the filing of a motion for reconsideration

8    by Adobe, the parties agreed that they would request that the Court vacate its Order Granting in Part

9    and Denying in Part Defendant's Motion for Summary Judgment and Granting Plaintiff's Cross-

10   Motion for Partial Summary Judgment dated November 5, 2007 (the "Summary Judgment Order";

11   Docket Item No. 73) in its entirety.

12        NOW, THEREFORE, THE PARTIES THROUGH THEIR COUNSEL HEREBY

13   STIPULATE AND AGREE that the parties request that the Court issue an order vacating the

14   Summary Judgment Order in its entirety.

15        **IT IS SO STIPULATED.**

16   DATED: April 8, 2008                    HELLER EHRMAN LLP

17                                           Myers, Marty    Digitally signed by Myers, Marty H.
                                                             DN: cn=Myers, Marty H., ou=SF, Users,
                                                             XPStandard, email=Marty.
18                                           H.              Myers@hellerehrman.com, dc=com,
                                             By: _____  hellerehrman, firm
                                                             Date: 2008.04.08 10:50:55 -07'00'
19                                                MARTIN H. MYERS
                                             Attorneys for Plaintiff Adobe Systems Inc.

20
     DATED: April 8, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
21

22
                                             By: _____
23                                                  BRUCE D. CELEBREZZE
                                             Attorneys for Defendant St. Paul Fire and Marine
24                                                  Insurance Company

25

26

27

28

_____2_____
STIPULATION FOR ORDER VACATING SUMMARY JUDGMENT ORDER; [PROPOSED] ORDER THEREON          Case No.: C 07-00385 JSW

1

<u>ORDER</u>

2    **PURSUANT TO STIPULATION,** the Court hereby VACATES its Order Granting in Part

3  and Denying in Part Defendant's Motion for Summary Judgment and Granting Plaintiff's Cross-

4  Motion for Partial Summary Judgment dated November 5, 2007 (Docket Item No. 73) in its entirety.

5    **IT IS SO ORDERED**.

6

7  Dated: _____April 8_____, 2008        _____

8                                            Hon. Jeffrey S. White
                                             United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER VACATING SUMMARY JUDGMENT ORDER; [PROPOSED] ORDER THEREON        Case No.: C 07-00385 JSW