IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>                    Defendant. | Case No.: C 07-00385 JSW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

The parties having resolved their dispute and executed a Confidential Settlement Agreement and Full and Final Release, and Stipulation of Dismissal with Prejudice, and good cause appearing, it is hereby ORDERED that:

All claims asserted by Adobe Systems Incorporated against St. Paul Fire and Marine Insurance Company are dismissed with prejudice; and each of the parties shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action.

It is so ORDERED.

DATED: April 14, 2008

_____
Hon. Jeffrey S. White
United States District Judge

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 07-00385 (JSW)